# Christian Jail Ministry, Inc.

P.O. Box 6037, Columbia, Maryland 21045-6037  e-mail: cjm@christianjailministry.org  (410) 997-0253

**Gerard M. Washington** Lead Chaplain
Howard County Detention Center
Cell: (410) 446-7783

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___
MAY 24 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT
MAY 20 2021
UNITED STATES DISTRICT COURT

Honorable Judge Richard D. Bennet
United States District Court District of Maryland
101 West Lombard Street
Baltimore, MD. 21201

Your Honor, my name is Gerard Washington, and I am the Chaplain at the Howard County Detention Center in Jessup, MD where Kevin Brooks has been an inmate for a least two years. Very rarely do I send a letter to a judge for an inmate, but Mr. Brooks has been a model inmate. He did not come to me asking for a letter of recommendation, I went to him and told him I would write one for him. This is the first time I've gone to an inmate and that is because Mr. Brooks is truly doing things to turn his life around. I am quite sure Howard County Detention Center has not had a problem with him. Mr. Brooks is a constant participant in the Christian services at the jail. He has completed a bible study correspondence course where he received a certificate and a Study Bible. Not too many inmates do that. He has also been through Celebrate Recovery, which is a 12- step program that deals with a person's hurts, habits, and hang-ups and he has received certificates for that. He is truly a candidate for mercy.

Thanks,

*Gerard M. Washington*

Gerard M. Washington
Chaplain Howard County Detention Center

"...I have no pleasure in the death of the wicked, but that the wicked turn from his way and live..." Ezek 33:11 (NKJ)

Chaplain Washington
PO Box 6037
Columbia, MD 21045



RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT
MAY 20 2021
UNITED STATES DISTRICT COURT

Honorable Judge Richard D. Bennet
United States District Court District of MD
101 West Lombard Street
Baltimore, MD 21201